UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEO EVANS,<br><br>            Plaintiff,<br><br>    v.<br><br>MADERA POLICE DEPARTMENT, et al.,<br><br>            Defendants. | Case No.: 1:19-cv-01803-DAD-SKO<br><br>ORDER DIRECTING PLAINTIFF TO SUBMIT PRISONER'S TRUST FUND ACCOUNT STATEMENT |

**ORDER**

Plaintiff is a prisoner proceeding pro se and has requested leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. (Docs. 1, 3.) Plaintiff appears to be indigent and qualify to proceed *in forma pauperis* under 28 U.S.C. § 1915. However, Plaintiff has not submitted a copy of his prisoner's trust fund account statement showing all account activity for the 6 months immediately preceding the filing of the complaint, as required by § 1915(a)(2).

Accordingly, IT IS HEREBY ORDERED that **within twenty-one (21) days from the date of service of this order, Plaintiff shall submit to the Court a copy of his prisoner's trust fund account statement showing all account activity for the 6 months immediately preceding the filing of the complaint.**

IT IS SO ORDERED.

Dated:   **January 6, 2020**                  /s/ *Sheila K. Oberto*
                                                                UNITED STATES MAGISTRATE JUDGE