UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEO EVANS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MADERA POLICE DEPARTMENT, et al.,<br><br>　　　　Defendants. | No. 1:19-cv-01803-DAD-SKO<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME<br><br>(Docs. 10, 11) |

　　　Plaintiff, an inmate proceeding pro se and in forma pauperis, filed this case on December 30, 2019.  (Doc. 1.)  The Court directed Plaintiff to file his prison trust fund account statement as required by 28 U.S.C. § 1915(a)(2), and Plaintiff filed his prison trust fund account statement on January 27, 2020.  (Docs. 4, 5.)

　　　The Court granted Plaintiff's motion to proceed *in forma pauperis* on January 29, 2020. (Docs. 3, 6.)  The Court screened Plaintiff's complaint on March 3, 2020, and provided Plaintiff twenty-one days from the date of service of the Court's screening order to file an amended complaint.  (Doc. 8.)  Plaintiff failed to file an amended complaint by the deadline, and on July 1, 2020, the Court ordered Plaintiff to show cause why the action should not be dismissed for his

failure to file an amended complaint. (Doc. 10.) On July 16, 2020, Plaintiff filed a motion for a ninety-day extension of time. (Doc. 11.) Plaintiff's motion states that due to the coronavirus (COVID-19) pandemic, "a[]lot of the prison is shut down" and Plaintiff is not able to access the law library to draft his amended complaint. (*Id.*)

Due to Plaintiff's pro se and incarcerated status, and the restrictions caused by the coronavirus (COVID-19) pandemic, the Court finds good cause and will allow Plaintiff an extension of time to file his amended complaint.

Accordingly, IT IS ORDERED:

1. The order to show cause, (Doc. 10), is DISCHARGED.
2. Plaintiff's motion for an extension of time, (Doc. 11), is GRANTED.
3. Plaintiff SHALL file an amended complaint or a notice of voluntary dismissal by no later than **October 14, 2020.**

IT IS SO ORDERED.

Dated:   **July 22, 2020**              /s/ *Sheila K. Oberto*
                                        UNITED STATES MAGISTRATE JUDGE